THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MICHAEL MURRAY,

        Plaintiff,

   v.

MELISSA CAMP, *et al.*,

        Defendants.

CASE NO. C20-1383-JCC

MINUTE ORDER REMANDING TO STATE COURT

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants' motion to remand and to withdraw its notice of removal (Dkt. No. 7). Plaintiff has not yet appeared in this Court. Accordingly, the court ORDERS that this matter is REMANDED to King County Superior Court, Cause No. 20-2-13749-9 SEA. The Clerk is respectfully directed to CLOSE this case.

DATED this 5th day of October 2020.

<u>William M. McCool</u>
Clerk of Court

s/Tomas Hernandez
Deputy Clerk